# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ERNEST BYRD SHUMAN, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:15-cv-88 |
| | * | |
| v. | * | |
| | * | |
| WARDEN HILTON HALL; and HOMER BRYSON, | * | |
| | * | |
| | * | |
| Respondents. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's July 6, 2016, Report and Recommendation, dkt. no. 9, to which Petitioner Ernest Shuman ("Shuman") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **GRANTS** Respondents' Motion to Dismiss, **DISMISSES without prejudice** Shuman's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, **DENIES** Shuman leave to appeal *in forma pauperis*, and **DENIES** Shuman a Certificate of

Appealability. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 2 day of August, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA